IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY ENGEL,

    Plaintiff,                                    No. CIV S-03-2403 MCE KJM

    vs.

MICHAEL BARRY, et al.,

    Defendants.                               ORDER

_____/

        Plaintiff has filed an ex parte application to shorten time for notice of hearing on a motion to quash deposition subpoenas. The requested hearing date falls after and, in one case, on the dates noticed for the depositions complained of, and plaintiff's counsel's declaration indicates that defendants' counsel is amenable to some rescheduling of the deposition times. Plaintiff has failed to demonstrate circumstances warranting issuance of an order shortening time. See Local Rule 6-144(e). The application is denied without prejudice.

DATED: August 12, 2005.

                                                UNITED STATES MAGISTRATE JUDGE

006 engel.ost

1