IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY ENGEL,

    Plaintiff,                                   No. CIV S-03-2403 MCE KJM

    vs.

MICHAEL BARRY, et al.,

    Defendants.                                  <u>ORDER</u>

_____/

        Defendants' motion to compel mental examination and plaintiff's motion to compel further responses to interrogatories and requests for production of documents and to have a request for admission deemed admitted came on regularly for hearing October 26, 2005. Julius Engel belatedly appeared for plaintiff. Jonathan Paul appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        1. Within seven days from the date of this order, defendants shall submit for <u>in camera</u> review a transcript of plaintiff's deposition testimony, plaintiff's psychiatric records, and any documents that provide the information requested in plaintiff's interrogatories no. 4, 5 and 10 and documents responsive to plaintiff's request for production of documents no. 1.

/////

1

2. Defendants' motion to compel mental examination and plaintiff's motion to compel further responses to interrogatories and requests for production of documents shall stand submitted pending the court's <u>in camera</u> review.

3. Plaintiff's motion to deem admitted requests for admission, set no. one, no. 15 is denied.

DATED: October 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
engel2.oah